ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 28 2018

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| ALEXIS ORTIZ (1)<br>RAFAEL RUBI (2)<br>AARON WILLIAMS (3) | 3-18CR-432-K |

# INDICTMENT

The Grand Jury charges:

Count One
Possession with Intent to Distribute a Controlled Substance; Aiding and Abetting
(Violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2)

On or about April 18, 2018, in the Dallas Division of the Northern District of Texas, the defendants, **Alexis Ortiz** and **Rafael Rubi**, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about April 18, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, did knowingly possess a firearm, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944, and a Ruger .380 caliber pistol, bearing serial number 371345961, in furtherance of a drug trafficking crime, namely, possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count One of this indictment, an offense for which the defendant may be prosecuted in a court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

<u>Count Three</u>
Maintaining Drug-Involved Premises; Aiding and Abetting
(Violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2)

On or about April 18, 2018, in the Dallas Division of the Northern District of Texas, the defendants, **Alexis Ortiz** and **Rafael Rubi**, aiding and abetting each other, did knowingly lease, rent, use, and maintain a residence located at 200 Jellison Boulevard, Duncanville, Texas, for the purpose of distributing a controlled substance, to wit: heroin, a schedule I controlled substance; cocaine, a schedule II controlled substance; and methamphetamine, a schedule II controlled substance.

In violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

<u>Count Four</u>
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1))

On or about April 18, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944; approximately 88 rounds of 9 millimeter ammunition; a Ruger .380 caliber pistol, bearing serial number 37134596; and approximately 132 rounds of .45 caliber ammunition.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

<u>Count Five</u>
Possession of a Firearm by a Convicted Felon; Aiding and Abetting
(Violation of 18 U.S.C. §§ 922(g)(1) and 2)

On or about April 17, 2018, in the Dallas Division of the Northern District of Texas, the defendants, **Rafael Rubi** and **Aaron Williams**, aiding and abetting each other, both having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Glock, model 30, .45 caliber pistol, bearing serial number SKA280.

In violation of 18 U.S.C. §§ 922(g)(1) and 2, the penalty for which is found at 18 U.S.C. § 924(a)(2).

<u>Count Six</u>
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1))

On or about April 17, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944; approximately seven rounds of Tulammo 9 millimeter ammunition; a Glock, model 30, .45 caliber pistol, bearing serial number SKA280; and approximately five rounds of Federal .45 caliber ammunition.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

Count Seven
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1))

On or about April 13, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944; approximately 15 rounds of Tulammo 9 millimeter ammunition; a Glock, model 30, .45 caliber pistol, bearing serial number SKA280; and approximately nine rounds of Tulammo .45 caliber ammunition.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

<u>Count Eight</u>
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1))

On or about March 19, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944; and approximately 10 rounds of Tulammo 9 millimeter ammunition.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

<u>Count Nine</u>
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. § 922(g)(1))

On or about February 11, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Rafael Rubi**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock, model 19, 9 millimeter pistol, bearing serial number BAVN944; approximately 18 rounds of Winchester 9 millimeter ammunition; approximately four rounds of Hornady 9 millimeter ammunition; and approximately one round of Remington 9 millimeter ammunition.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for any offense alleged in Counts One through Nine of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Alexis Ortiz**, **Rafael Rubi**, and **Aaron Williams**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including, but not limited to, the following:

1. a Glock, model 30, .45 caliber pistol, bearing serial number SKA280, and any ammunition seized with the firearm; and

2. a Ruger .380 caliber pistol, bearing serial number 371345961, and any ammunition seized with the firearm.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
REBEKAH RICKETTS
Texas Bar No. 24074883
GARY C. TROMBLAY
Louisiana Bar Roll No. 22665
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8744
Facsimile: 214-659-8800
Email: rebekah.ricketts@usdoj.gov

Indictment—Page 11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALEXIS ORTIZ (1)
RAFAEL RUBI (2)
AARON WILLIAMS (3)

INDICTMENT

Violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2
Possession with Intent to Distribute a Controlled Substance; Aiding and Abetting
(Count 1)

Violation of 18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 2)

Violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2
Maintaining Drug-Involved Premises; Aiding and Abetting
(Count 3)

Violation of 18 U.S.C. § 922(g)(1)
Possession of a Firearm and Ammunition by a Convicted Felon
(Counts 4, 6, 7, 8 and 9)

Violation of 18 U.S.C. §§ 922(g)(1) and 2
Possession of a Firearm by a Convicted Felon; Aiding and Abetting
(Count 5)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

9 Counts

A true bill rendered

_____

DALLAS                                                                    FOREPERSON

Filed in open court this 28th day of August, 2018.

---

**Warrant to be Issued for all Defendants**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending